| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 2:96CR00011-P-H |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 04-10057 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Jay Swank<br>23 Charles St.<br>Weymouth, Massachusetts 02189 | MAINE | |
| | NAME OF SENTENCING JUDGE | |
| | D. Brock Hornby, U.S. District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE: | FROM September 19, 2003 | TO July 18, 2005 |

**OFFENSE**

CT. I:   Conspiracy to Possess Cocaine Base with Intent to Distribute
CT. II:  Use of a Firearm in a Drug Crime

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE

   IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_2/2/04_
Date

_[signature]_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE District of Massachusetts

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_2/11/04_
Effective Date

_William G. Young_
United States District Judge