Prob12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Jay Swank

**Case Number:** 04-10057-UA-NG
( D/ME # 2:96CR11-P-H)

**Name of Sentencing Judicial Officer:** To the Honorable Judge Assigned

**Date of Original Sentence:** October 17, 1996
**Date of Sentence on Violation:** November 8, 2002

**DOCKETED**

**Original Offense:** Conspiracy to Possess with Intent to Distribute Cocaine Base; Use of a Firearm During and in Relation to a Drug Trafficking Offense

**Original Sentence:** 12 months of imprisonment; three years of supervised release
**Sentence on Violation:** 14 months imprisonment; 22 months supervised release

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 9/19/03
(current term of supervision)

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | Mandatory Condition: You shall not commit another Federal, State, or local crime and shall not illegally possess a controlled substance. |

On 5/11/04, the subject was stopped by Weymouth Police because a random check of the subject's license plate revealed that the operator's license was suspended. A complaint was issued on 8/31/04 charging the subject with Operating a Motor with a Suspended License. The subject was summonsed into Quincy District Court on 10/20/04 and notified that the case would be dismissed upon payment of $300 court costs. The subject paid the costs on 1/13/05.

It is noted that the subject did notify the Probation Office that he had been stopped by law enforcement but that he did not report that he had received a citation.

### U.S. Probation Officer Action:

The monetary penalty ordered in the state court appears to be a sufficient response to this incident. This Office has

Prob 12A     M     - 2 -     **Report on Offender Under Supervision**

directed the subject to report to the MA Registry of Motor Vehicle to take the appropriate steps to have his license reinstated. In the interim, Mr. Swank has been instructed that he is not to operate a motor vehicle.

No further action is recommended at this time.

Reviewed/Approved by:

_____
Jonathan E. Hurtig
Supervising U.S. Probation Officer

Respectfully submitted,

By _____
Jesse J. Gomes
U.S. Probation Officer
Date: 1/27/05

[ ] Approved
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other

_____
Signature of Judicial Officer

2/9/05
Date